# File Hashes for IP Address 65.30.132.139

**ISP:** Time Warner Cable
**Physical Location:** Milwaukee, WI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/26/2013 03:43:39 | C7F4FD8BDB9089F077C475001B85D0685398EE20 | I Love James Deen |
| 08/26/2013 03:07:50 | 50765DA7E70C15A03B86FA7A12D74BBEDDCA79D9 | Burning |
| 08/26/2013 03:06:20 | C51ECE93C9772D46F5CD94D903BC54303420487A | The Young and the Restless |
| 08/26/2013 02:50:33 | 9D879219A3FEE86B141C823573A01529D3153994 | Raw Passion |
| 08/26/2013 02:29:51 | BA510602415CA2D79968F175C3C6114450B0F365 | Malibu Moments Part #2 |
| 08/26/2013 02:02:06 | 91DC7B1778E4991271119B567B0420D9167F7DD6 | Alone Is A Dream Left Behind |
| 08/26/2013 01:43:55 | EF52C15B1476376800FDFE6E928A15EF8F81B375 | Fashion Models |
| 08/26/2013 01:41:23 | 52384433163FF49D9889FEF54CF044D6ACE6CF4C | Green Eyes |
| 08/26/2013 01:31:36 | 2A3E150FCD42D698FEC4D24C53C11A1E26B75EBC | Make Me Feel Beautiful |
| 08/26/2013 01:22:12 | 43596AC8B618943D2E8232EDB0663000C619C009 | New Romance |
| 08/26/2013 01:17:27 | 12728A9AE6A49CB288DB856C1CAE8D9A01D92109 | Up Close and Personal |
| 08/26/2013 01:02:33 | 01A70609FC4EB0D75E941E194D2DDD3EFAF11236 | What a Girl Wants Part #2 |
| 08/26/2013 00:52:16 | 88ADB876C9E3FE750E40C91AE887E6FF7FD0C8A3 | Truth or Dare |
| 08/26/2013 00:31:43 | 3F7C7C4F47D37B4E8909311852C7D0E36BE5F566 | Dreams Do Come True |
| 08/26/2013 00:27:53 | 97667D7C0C5F1047C9B8A44517F6F8C21DC518D9 | Sneaking In |
| 08/26/2013 00:09:35 | 304F7B486AD5BF2FCF4C7BA6070B7FB4B37655A0 | Stay for a While |
| 08/26/2013 00:07:35 | 27C4487CAF4FA6FA7E172937054A9C677F16A458 | Oh Mia |
| 08/25/2013 23:45:40 | 52C45F3A0035D89FC8A4CA9F30BE425C2714B3F7 | Marry Me |
| 06/01/2013 05:16:59 | FB135289FB3034B07A4D8721535BBF3425A9A814 | Snow White and the Prince |
| 03/05/2013 05:01:42 | 24AC57A3D0FE1F9A4F764BF24D3C76B14813999B | Black and White |
| 03/05/2013 04:41:49 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |

EXHIBIT A

EWI36

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/05/2013 04:16:45 | D19B84CF28E5FDC88EA65DBD6DF27507B5BD5392 | Mad Passion |
| 02/15/2013 02:15:16 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 02/15/2013 02:14:01 | 160B65F7395BAF38DE7F33FA92A555D255C9D2E5 | Working Out Together |

**Total Statutory Claims Against Defendant: 24**

EWI36

EXHIBIT A