Copyrights-In-Suit for IP Address 65.30.132.139

**ISP:** Time Warner Cable
**Location:** **Milwaukee, WI**

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| **A Little Rain Must Fall** | PA0001822653 | 01/23/2013 | 01/27/2013 | 02/15/2013 |
| **Alone Is A Dream Left Behind** | PENDING | 08/24/2013 | 09/10/2013 | 08/26/2013 |
| **Black and White** | PA0001831226 | 02/22/2013 | 03/07/2013 | 03/05/2013 |
| **Burning** | PENDING | 07/27/2013 | 08/26/2013 | 08/26/2013 |
| **Dreams Do Come True** | PA0001851979 | 06/26/2013 | 06/27/2013 | 08/26/2013 |
| **Fashion Models** | PA0001838599 | 04/19/2013 | 04/28/2013 | 08/26/2013 |
| **Green Eyes** | PA0001843090 | 04/30/2013 | 05/14/2013 | 08/26/2013 |
| **I Love James Deen** | PENDING | 08/20/2013 | 09/10/2013 | 08/26/2013 |
| **Mad Passion** | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/05/2013 |
| **Make Me Feel Beautiful** | PA0001859651 | 07/25/2013 | 08/01/2013 | 08/26/2013 |
| **Malibu Moments Part #2** | PENDING | 08/15/2013 | 09/02/2013 | 08/26/2013 |
| **Marry Me** | PA0001847650 | 05/25/2013 | 06/18/2013 | 08/25/2013 |
| **New Romance** | PENDING | 08/05/2013 | 09/03/2013 | 08/26/2013 |
| **Oh Mia** | PA0001852674 | 06/28/2013 | 07/05/2013 | 08/26/2013 |
| **Raw Passion** | PENDING | 08/18/2013 | 09/02/2013 | 08/26/2013 |
| **Sneaking In** | PENDING | 08/17/2013 | 09/08/2013 | 08/26/2013 |
| **Snow White and the Prince** | PA0001846095 | 05/22/2013 | 06/17/2013 | 06/01/2013 |
| **Spur of the Moment** | PA0001820192 | 01/07/2013 | 01/08/2013 | 03/05/2013 |
| **Stay for a While** | PA0001859661 | 07/05/2013 | 08/02/2013 | 08/26/2013 |
| **The Young and the Restless** | PA0001843111 | 05/05/2013 | 05/15/2013 | 08/26/2013 |
| **Truth or Dare** | PA0001846099 | 05/16/2013 | 06/30/2013 | 08/26/2013 |
| **Up Close and Personal** | PA0001859653 | 07/21/2013 | 08/01/2013 | 08/26/2013 |
| **What a Girl Wants Part #2** | PA0001847660 | 06/15/2013 | 07/09/2013 | 08/26/2013 |
| **Working Out Together** | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/15/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 24**

EXHIBIT B

EWI36

Case 2:13-cv-01108-WEC   Filed 09/29/13   Page 1 of 1   Document 1-2