# EXCULPATORY EVIDENCE REQUEST FORM

Your IP address has been identified as being used to download and distribute Plaintiff's copyrighted works through the BitTorrent file distribution network. If you maintain that you are not the person who downloaded and distributed Plaintiff's copyrighted works, Plaintiff respectfully request that you:[1]

1. State the name and address of the person who was responsible for the infringement as outlined in this lawsuit.

_____
_____

2. Explain in detail the facts upon which you base your assertion that the person identified above downloaded and distributed Plaintiff's copyrighted works.

_____
_____
_____

3. Explain in detail all of the facts which you believe support your assertion that you are not the person who downloaded and distributed Plaintiff's copyrighted works.

_____
_____
_____

4. State whether you have ever received a notice from your ISP informing you that your Internet service was being used to commit copyright infringement. If your answer is anything other than an unqualified no, please explain in detail the circumstances of each such notice. Note: You may wish to call your internet service provider to confirm your response to this question.

_____
_____
_____

---

[1] You are not legally required to fill out this form and have the right to consult with an attorney. You may use additional paper if necessary. As set forth in paragraphs 25 through 28 of the Complaint, Plaintiff has Additional Evidence which may be helpful in identifying the infringer. Please do not hesitate to contact Plaintiff's counsel for a copy of this Additional Evidence.

EXHIBIT C

EWI36